# Court of Appeals
# of the State of Georgia

ATLANTA,_January 28, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19D0298.  DANIEL ERIC COBBLE v. STEPHANIE LOCKHART et al.**

Frequent filer Daniel Eric Cobble has filed this discretionary application seeking to appeal three orders denying his applications for a pre-arrest warrant hearing in three cases.  The orders were entered on October 25, 2018, and Cobble filed this application on January 9, 2019.  We, however, lack jurisdiction.

Pretermitting whether Cobble has a right to appeal the orders to this Court, his application is untimely.  An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Cobble's application was untimely filed 76 days after entry of the orders he seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_01/28/2019_____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*